IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

James J. Hornall, Sr.  #155690
_____
Full name and prison number of
plaintiff(s)

V.

Dr. Donald Williamson, Alabama State Health Officer
_____
Name of person(s) who violated
your constitutional rights.
(List the names of all the persons)

RECEIVED
2006 JUL 11 A 11: 21
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

CIVIL ACTION NO. 2:06cv607-WKW-VPM _To Be Assigned_
(To be supplied by the Clerk of the
U.S. District Court)

**DEMAND FOR JURY TRIAL**

I.  **PREVIOUS LAWSUITS**

   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No (✓)

   B. have you begun other lawsuits in state of federal court relating to your imprisonment?   Yes ( )   No (✓)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

   1. Parties to this previous lawsuit:
      Plaintiff(s) _____
      _____
      Defendant(s) _____
      _____

   2. Court (if federal court, name the district; if state court, name the county)
      _____
      _____

   3. Docket No. _____

   4. Name of Judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? is it still pending? _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT St. CLAIR C.F. - 1000 St. CLAIR ROAD - SPRINGVILLE, ALABAMA

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Incident Started at St. CLAIR C.F., SPRINGVILLE, ALABAMA

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

**NAME** — **ADDRESS**

1. DR. DONALD E. WILLIAMSON - 201 MONROE
2. STREET - Montgomery, AL, 36104
3. _____
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED January 2006 Until Present Date of July 07/2006

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Eighth Amendment

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).

Dr. Williamson's Employee, Christine M. Truesdale, LPN - of the Autauga County Health Dept. Contacted me Voluntarily And offered her Total And Complete

-2-

REVIEW SCHEDULED FOR MAY 2006. MRS. TRUESDALE'S PROMISES OF PAROLE HELP

GROUND TWO (one): FINANCIAL HELP FOR PAROLE WERE ALL LIES, SHE ABANDONING ME

SUPPORTING FACTS: IN MAY 06 AND THE PAROLE BOARD NOT ONLY HAS NOT HAD MY PAROLE REVIEW HEARING, THEY HAVE TAKEN ME OFF THE LIST FOR

GROUND THREE (one): PAROLE CONSIDERATION. IT HAS BEEN ONE LIE AFTER ANOTHER FROM MRS.

SUPPORTING FACTS: TRUESDALE, THIS THE TYPE UNSTABLE PERSON DR. WILLIAMSON HAS AS HIS EMPLOYEE, TRUESDALE CONTINUAL MISUSED THE AL. HEALTH DEPT. LETTERHEAD, PAPER, PHONE IN MY PAROLE WORK BY HER UNIT ABANDONMENT.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

A EVIDENTIARY HEARING SET TO AFFORD ME TO BE ABLE TO SHOW THIS COURT THE VAST EXTENT OF TRUESDALES DAMAGE TO ME. TRIAL BY JURY, INVESTIGATIONS BY U.S. DEPT. OF JUSTICE ON TRUESDALE. PUNITIVE DAMAGES AWARDED OF FIVE MILLION DOLLARS.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on July 03/2006
                    (date)

                    Signature of plaintiff(s)

THAT THIS COURT'S MAGISTRATE ORDER THE CLERK TO MAIL ME A IN FORMA PAUPERIS FORM FOR THIS CIVIL ACTION.

-3-

This the type unstable person Dr. Wilkerson has as his employee, Truesdale continually used the Alabama Health Department's letter head, paper & pens, in my parole work by her, until she abandoned me.

Ground #1 Continues

HEARING SCHEDULED FOR MAY 2006. MRS. TRUESDALE'S PROMISES OF PAROLE HELP, FINANCIAL HELP FOR PAROLE WERE ALL LIES, She ABANDONED ME IN MAY 06 AND THE PAROLE BOARD NOT ONLY HAS NOT HAD MY PAROLE REVIEW HEARING, They HAVE TAKEN ME OFF THE LIST FOR PAROLE CONSIDERATION. IT HAS BEEN ONE LIE AFTER ANOTHER FROM MRS TRUESDALE.

V. RELIEF

State briefly *exactly* what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

A EVIDENTIARY HEARING SET TO AFFORD ME TO BE ABLE TO SHOW THIS COURT THE VAST EXTENT OF TRUESDALES DAMAGE TO ME TRIAL BY JURY. PUNATIVE DAMAGES OF ONE MILLION DOLLARS. ORDER FOR THE U.S. JUSTICE Dept. INVESTIGATE ON TRUESDALE. That THIS COURT's MAGISTRATE ORDER The CLERK TO MAIL ME A IN FORMA PAUPERIS FORM For THIS CIVIL ACTION.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 3, 2006
                  (date)

[Signature]

Signature(s)

- 4 -