In The U.S. District Court
For the State of Alabama Middle
District

RECEIVED
2006 AUG -1 A 9:58
DEBRA P. HACKETT
U.S. DISTRICT
MIDDLE DISTR

James T. Haskell Sr.,
Plaintiff

v.

Civil Case # 2:06-cv-00607-WKW-VPM

Dr. Donald Williamson,
Defendant

MOTION of Advisement and For Order

Comes Now the Plaintiff in the above styled Civil Action and Motions and asks so Moves this Court that No order per U.S. Mag. Vanzetta McPherson has been Received per this Plaintiff as of July 27, 06 whatsoever. In the initial complaint this Plaintiff moved for a order per this Court

issued to this County Clerk to mail Plaintiff H.P. Reeves in which to forward notices to the Business Office at SCCF for inspection of prison account information to insure they are submitted to this Court. This has not been done hence this Adjournment and for this pro se Plaintiff Litigant to Appeal Need for an Order from this Court to be ordered to mail Plaintiff H.P. Reeves ASAP. Done on the 26th day July 2006.

Respectfully Submitted,