IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| JAMES J. HUDNALL, SR., #155 690, | * |
| Plaintiff, | * |
| v. | *   2:06-CV-607-WKW |
| DONALD WILLIAMSON | * |
| Defendant. | * |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Extension of Time and for good cause, it is ORDERED that:

1. The motion (Doc. No. 3) is GRANTED; and

2. Plaintiff is GRANTED an extension from July 28, 2006 to August 11, 2006 to comply with the court's July 13, 2006 order directing him to file either the appropriate affidavit in support of his motion for leave to proceed *in forma pauperis* or the $350.00 filing fee.

The Clerk is DIRECTED to furnish Plaintiff with a copy of the form affidavit used by persons seeking to proceed *in forma pauperis* before this court. The Clerk is further DIRECTED to furnish Plaintiff with a copy of the docket sheet for the above-captioned action.

Done this 10th day of August 2006.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE