In The U.S. District Court For The Middle District Of Alabama

James T. Howell, Sr.,
Plaintiff,

CA#-2:06-CV-607-WKW

v.

Dr. Donald Williamson,
Defendant.

## Motion For Enlargement of Time

Comes Now the Plaintiff in the Above Styled Motion and Civil Action Number, and moves this Motion be Granted for all reasons outlined in his Sworn Affidavit in Support. Done This the 11th Day of August 2006.

Respectfully Submitted

[signature]