In Affidavit of James J. Sedwell Sr.

My Name is James Joseph Sedwall Sr, AIS# 155690, and I file this Affidavit in support of my Motion for An Enlargement of Time in Case # 2:06-CV-607-WKW. Magistrate McPherson grants my previous Motion for over the Extension of Time to Provide me with the Necessary Informa Pauperis Form is until 8-11-06. Be Advised, Mrs. McPherson, that I received the Order from you [See Enclosed Exhibit] on 8-11-06 hence making it impossible to provide this Court with the Necessary Informa Pauperis Form. Hence this Motion, and, that I Move for a 30-day Enlargement of Time and for A Order Directing the Clerk of this Court to mail me the Informa

II. Affidavit of James T. Shehill, Jr.

Pauper's Form in order to enable His to present said Form to the Business Office at St. Clair C.F. for the Necessary information on any I mop Account, for this Court. Also, he Advised that the Court Clerk did Not include in attatched Envelope a copy of the docket Sheet in above-mentioned Action. Lastly, I point out to this Magistrate that in my initial 42 USC 1983 form filed with this Court, I moved for L. under Relief a Order from this Court ordering the Court Clerk to mail me the Infame Paupers Form, thus far this has Not been promised Me hence this Specific Motion. Soooo, I'll try Again, and hopefully this Infame

III. Affidavit of James T. Hughley Sr.

Pauperis Form Sworn. He Afforded me for this court the U.S. Marial So I I. pursuant to 28 USC 1746 2 Swear under penalty of perjury that the foregoing is True and Correct. Done this the 11th Day of August 2006.

Respectfully Submitted,

[signature]

cc: files x-2