IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES J. HUDNALL, SR., #155 690,  *

    Plaintiff, *

v. * 2:06-CV-607-WKW

DONALD WILLIAMSON *

    Defendant. *

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Extension of Time and for good cause, it is ORDERED that:

1. The motion (Doc. No. 3) is GRANTED; and

2. Plaintiff is GRANTED an extension from July 28, 2006 to August 11, 2006 to comply with the court's July 13, 2006 order directing him to file either the appropriate affidavit in support of his motion for leave to proceed *in forma pauperis* or the $350.00 filing fee.

The Clerk is DIRECTED to furnish Plaintiff with a copy of the form affidavit used by persons seeking to proceed *in forma pauperis* before this court. The Clerk is further DIRECTED to furnish Plaintiff with a copy of the docket sheet for the above-captioned action.

Done this 10th day of August 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE

Case: 2:06cv607

James J. Hudnall Sr. AIS&#035;155690
St. Clair Correctional Facility
1000 St. Clair Road
Springville, AL 35146

----------------------------------------------------

TO ATTORNEYS OF RECORD:    Electronic Noticing is MANDATORY in the District Court for the Middle District of Alabama.

By order of the court (General order 04-3164) Electronic Noticing is mandatory for all attorneys who wish to practice in this district.

ATTORNEYS, If you have received this notice by mail, you have not yet complied with this order, according to our records. Please register IMMEDIATELY!

The mandatory registration form for attorneys can be accessed through our web site (www.almd.uscourts.gov, click on the CM/ECF icon.  At the CM/ECF welcome page, click on the Registration button).  The form can be completed and submitted on-line

If you have any questions or need help with our Case Management/Electronic Case Files (CM/ECF) system, please call our help desk on 334.954.3935.

