AFFIDAVIT

-vs-

STATE OF ALABAMA
ST. CLAIR COUNTY

I, A. Darlene Humphrey, hereby certify and affirm that I am an Account Clerk for the State of Alabama, Department of Corrections, St. Clair Correctional Facility; that I am one of the custodians of Prisoners Money on Deposit at this Institution; that the attached documents are true, exact, and correct documents maintained at the Institution: and that I am over the age of twenty-one years, and competent to testify to the aforesaid documents and matters stated therein.

I further certify and affirm that said documents are maintained in the usual and ordinary course of business at the St. Clair Correctional Facility; and that said documents (and the entries therein) were made at, or reasonably near, the time that by, or from information transmitted by, a person with knowledge of such facts, events and transactions referred to therein are said to have occurred.

This, I do hereby certify and affirm to on this the 16th day of August, 2006.

_____
Signature

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE 16 DAY OF August, 2006. MY COMMISSION EXPIRES: 10/12/09.

_____
NOTARY PUBLIC

```
                    STATE OF ALABAMA
                DEPARTMENT OF CORRECTIONS
                  ST. CLAIR CORR FACILITY


  AIS #: 155690      NAME: HUDNALL, JAMES              AS OF: 08/16/2006

                  # OF        AVG DAILY        MONTHLY
          MONTH   DAYS         BALANCE         DEPOSITS
  ─────────────────────────────────────────────────────────

          AUG      15           $0.31           $0.00
          SEP      30          $32.37         $569.00
          OCT      31         $160.65         $573.00
          NOV      30          $49.74         $722.00
          DEC      31           $0.38         $162.00
          JAN      31           $9.64         $258.00
          FEB      28           $0.28           $0.00
          MAR      31           $0.28           $0.00
          APR      30           $0.28           $0.00
          MAY      31           $0.28           $0.00
          JUN      30           $0.28           $0.00
          JUL      31           $0.28           $0.00
          AUG      16           $0.28           $0.00
```