IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| JAMES J. HUDNALL, SR., #155 690, | * |
| Plaintiff, | * |
| v. | *    2:06-CV-607-WKW |
| DONALD WILLIAMSON | * |
| Defendant. | * |

_____

**ORDER ON MOTION**

Pending before the court is Plaintiff's second motion for extension of time to comply with the court's July 13, 2006 order directing him to file either the appropriate affidavit in support of a motion for leave to proceed *in forma pauperis* (with the requisite documentation from the inmate account clerk at the St. Clair Correctional Facility) or the $350.00 filing fee. On August 18, 2006 the court received for filing Plaintiff's request to proceed without prepayment of fees along with his inmate account statement. Accordingly, it is

ORDERED that Plaintiff's motion for extension of time (Doc. No. 5) be and is hereby DENIED as moot.

Done, this 21st day of August 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE