ORDER #10 STRICKEN FROM RECORD.
IT WAS ENTERED IN THE WRONG CASE IN ERROR.