September 6/6

To: Clerk of Court
U.S. Dist Ct., M.D. of AL.
P.O. Box 711
Montgomery, AL. 36101

From: James J. Hudnall, Sr.
#155690
13-V-1 — Holman Unit
Holman 3700
Atmore, AL. 36503

RE: James J. Hudnall v. Dr. D. Williamson
Case # 2:06-CV-00607-WKW-VPM

Dear Clerk,

My new address in regards to above case is above. Thank you for your help in this.

Respectfully,
[signature]

cc: files