IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES J. HUDNALL, SR., #155690, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-cv-607-WKW |
| ) | (WO) |
| DONALD WILLIAMSON, Alabama ) | |
| State Health Officer, ) | |
| ) | |
|     Defendant. ) | |

**ORDER**

On August 21, 2006, the Magistrate Judge filed a Recommendation (Doc. #9) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and consideration of the Recommendation of the Magistrate Judge, it is hereby ORDERED as follows:

1. The Recommendation is hereby ADOPTED.

2. This case is hereby DISMISSED without prejudice for the Plaintiff's failure to pay the full filing fee upon the initiation of this case.

An appropriate judgment shall be entered.

Done this the 26th day of September, 2006.

                                          /s/ W. Keith Watkins
                                          UNITED STATES DISTRICT JUDGE