IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES J. HUDNALL, SR., #155690, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-607-WKW |
| | )           (WO) |
| DONALD WILLIAMSON, Alabama | ) |
| State Health Officer, | ) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the Court, it is the ORDER, JUDGMENT, and DECREE of the Court that:

1. Judgment be and is hereby entered in favor of the defendant and against the plaintiff.

2. This action is DISMISSED without prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this the 26th day of September, 2006.

　　　　　　　　　　　　　　/s/  W. Keith Watkins
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE